# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP ROMANELLI, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-2006 |
| | : | |
| CALIFORNIA BOARD OF | : | |
| REGISTERED NURSES, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 7th day of April, 2022, upon review of Defendant's Motion to Dismiss (Docket No. 12) and Plaintiff's opposition thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**; and

2. Plaintiff's Complaint is **DISMISSED** with prejudice.

                                  **BY THE COURT:**

                                  */s Jeffrey L. Schmehl*
                                  Jeffrey L. Schmehl, J.